IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FANNIE MAE**                                                                       **PLAINTIFF**

v.                                        Civil No. 1:18cv410-HSO-JCG

**ARTIE T. FLETCHER and
COLONIAL MANOR PROPERTIES, LLC**                **DEFENDANTS**

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff Fannie Mae's Motion [8] for Default Judgment,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Fannie Mae pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Fannie Mae shall recover from Defendants Artie T. Fletcher and Colonial Manor Properties, LLC, jointly and severally, the amount of $3,127,634.79, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**SO ORDERED AND ADJUDGED**, this the 6th day of June, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE